In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-17-00376-CV
_____

IN THE INTEREST OF L.K.E. AND L.E.

On Appeal from the 258th District Court
San Jacinto County, Texas
Trial Cause No. DV13,808

MEMORANDUM OPINION

Darrell Edmond and Celeste Edmond filed a notice of appeal for an interlocutory appeal. We notified the parties that information from the District Clerk indicated that no appealable order or judgment had been signed and that our jurisdiction was not apparent from the notice of appeal. In response, Appellants informed the Court that they are appealing the trial court's order of August 25, 2017, vacating a temporary protective order entered on August 17, 2017.

"A protective order rendered against a party in a suit affecting the parent-child relationship may not be appealed until the time an order providing for support of the

1

child or possession of or access to the child becomes a final, appealable order." Tex. Fam. Code Ann. § 81.009(c) (West 2014). Appellants do not contend that a final order has been signed. Furthermore, a notice of appeal filed on October 6, 2017, would have been filed too late to perfect an accelerated appeal of an order signed on August 25, 2017. *See* Tex. R. App. P. 26.1(b). Accordingly, we dismiss the appeal for lack of jurisdiction.

     APPEAL DISMISSED.

_____

CHARLES KREGER
Justice

Submitted on November 21, 2017
Opinion Delivered November 22, 2017

Before McKeithen, C.J., Kreger and Johnson, JJ.